UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BOBBLY MCMILLAN,

    Plaintiff,

v.                                       Case No. 5:19-cv-83-MCR/MJF

JOHN TATE, et al.,

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    This prisoner civil rights case is before the court on referral from the clerk of the court. On June 12, 2019, the court ordered Plaintiff to file an amended complaint (or notice of voluntary dismissal) within 30 days. (Doc. 7). The order was mailed to Plaintiff at his address of record (the Holmes County Jail), but was returned as undeliverable on July 8, 2019, marked "Return to Sender – Not Deliverable as Addressed – Unable to Forward." (Doc. 8).

    On July 15, 2019, the court ordered Plaintiff to demonstrate his continued interest in this case by notifying the court of his current address within 14 days. (Doc. 9). The order was mailed to Plaintiff at his address of record, but, like the prior order, was returned as undeliverable on July 23, 2019. (Doc. 10). The deadlines for both

orders have passed, and Plaintiff has not responded to either order, nor has he informed the court of his current address. The court has received no communication from Plaintiff in over 90 days.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with court orders, failure to prosecute this case, and failure to keep the court informed of his current address.[1]

2. The clerk be directed to close this case file.

At Panama City Beach, Florida, this 29th day of July, 2019.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

**objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.**  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**