UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BOBBLY MCMILLAN,

    Plaintiff,

v.                                Case No. 5:19-cv-83-MCR/MJF

JOHN TATE, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated July 29, 2019. ECF No. 11. Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). After reviewing any timely objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 11, is **ADOPTED** and incorporated by reference in this Order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with court orders, failure to prosecute this action, and failure to keep the court informed of his current address.

3. The Clerk of Court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 19th day of September 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**